Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah L. Jensen (SBN 335700)
Savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant THE LOVESAC
COMPANY*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGUYEN, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY,<br><br>Defendant. | CASE NO.  2:24-cv-01293-TLN-JDP<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS** |

WHEREAS, Plaintiff Michael Nguyen ("Plaintiff") filed a complaint against The Lovesac Company ("Lovesac" or "Defendant") (collectively, the "Parties"), styled *Michael Nguyen v. The Lovesac Company*, in the Superior Court of the State of California, in the County of Sacramento, on March 21, 2024 (the "Complaint"), which Defendant timely removed to this Court on May 3, 2024;

WHEREAS, counsel for Plaintiff and Defendant met and conferred and agreed to a brief extension of Lovesac's time to respond to Plaintiff's Complaint to June 24, 2024;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on June 24, 2024;

WHEREAS, Plaintiff filed a First Amended Complaint (the "FAC") on July 15, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15, Lovesac's deadline to respond to the FAC is currently July 29, 2024;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and mutually agreed, subject to the Court's approval, to a brief two-week extension of Defendant's deadline to respond to the FAC and an extension of the schedule for Plaintiff's filing of any opposition to Defendant's motion to dismiss the FAC and Defendant's filing of a reply to any opposition;

WHEREAS, the proposed schedule establishes a briefing schedule to accommodate counsel's respective schedules in light of conflicts;

WHEREAS, this extension will not have any effect on any deadline set by the Court in this action;

NOW, THEREFORE, the Parties hereby STIPULATE and AGREE that:

(1) Defendant shall have until no later than August 12, 2024 to answer, move against, or otherwise respond to the FAC;

STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO
FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE

1    (2) In the event that Defendant moves to dismiss the FAC, Plaintiff shall

2    have until no later than September 9, 2024 to file any opposition to the

3    motion to dismiss the FAC; and

4    (3) Defendant shall have until no later than September 30, 2024 to file a

5    reply in support of a motion to dismiss the FAC.

Respectfully submitted,

DATED:  July 18, 2024

*/s/ Robyn E. Bladow*
Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah Jensen (SBN 335700)
savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant THE LOVESAC COMPANY*

DATED:  July 18, 2024

*/s/ Neal J. Deckant (as authorized on 7/18/2024)*

Neal J. Deckant (SBN 322946)
ndeckant@bursor.com
BURSOR & FISHER
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

*Attorney for Plaintiff MICHAEL NGUYEN*

STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO
FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE

## <u>ORDER</u>

Having reviewed the parties' stipulation, the Court hereby orders that:

(1) Defendant shall have until no later than August 12, 2024 to answer, move against, or otherwise respond to the FAC;

(2) In the event that Defendant moves to dismiss the FAC, Plaintiff shall have until no later than September 9, 2024 to file any opposition to the motion to dismiss the FAC; and

(3) Defendant shall have until no later than September 30, 2024 to file a reply in support of a motion to dismiss the FAC.

**IT IS SO ORDERED**.

Dated: July 18, 2024

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO
FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE