Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah L. Jensen (SBN 335700)
Savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant THE LOVESAC COMPANY*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGUYEN, individually and on behalf of all other persons similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>THE LOVESAC COMPANY,<br><br>  Defendant. | CASE NO. 2:24-cv-01293-TLN-JDP<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SCHEDULED MEDIATION** |

STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING
SCHEDULED MEDIATION

Plaintiff Michael Nguyen ("Plaintiff") and Defendant The Lovesac Company ("Lovesac" or "Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, the Parties are participating in a mediation of this dispute before the Honorable Suzanne Segal (Ret.) on January 23, 2025;

WHEREAS, the Parties will update the Court on the Parties' mediation and settlement efforts within 60 days of the scheduled mediation;

WHEREAS, to avoid having to unnecessarily incur costs, attorneys' fees and avoid unnecessarily burdening this Court, the Parties respectfully and jointly request that the Court stay all further proceedings until March 24, 2025 to allow the parties to attempt to reach a resolution of this action;

NOW, THEREFORE, the Parties hereby STIPULATE and PROPOSE THAT THE COURT ORDER the following:

All proceedings in this case are STAYED until March 24, 2025, and the parties are to submit a joint status report to the Court on or before March 24, 2025.

Respectfully submitted,

Dated: November 25, 2024

**KIRKLAND & ELLIS LLP**

By: */s/ Robyn E. Bladow*
Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah L. Jensen (SBN 335700)
Savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700

|  |  |
|---|---|
|  | Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900 |
|  | *Attorneys for Defendant* |
| Dated:  November 25, 2024 | **BURSOR & FISHER, P.A.**<br><br>By: <u>*/s/ Neal J. Deckant* (as authorized on November 25, 2024)</u><br>Neal J. Deckant (SBN 322946)<br>BURSOR & FISHER, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ndeckant@bursor.com |
|  | *Attorney for Plaintiff* |

2

STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SCHEDULED MEDIATION

## **ORDER**

All proceedings in this case are STAYED until March 24, 2025, and the parties are to submit a joint status report to the Court on or before March 24, 2025.

**IT IS SO ORDERED**.

Dated: November 25, 2024

Troy L. Nunley
Chief United States District Judge