Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah L. Jensen (SBN 335700)
Savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant THE LOVESAC COMPANY*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NGUYEN, individually and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>THE LOVESAC COMPANY,<br><br>            Defendant. | CASE NO.  2:24-cv-01293-TLN-JDP<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS** |

STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE

WHEREAS, pursuant to the Court's March 28, 2025, Order (Dkt. 31) dismissing Plaintiff Michael Nguyen's ("Plaintiff") First Amended Complaint with leave to amend, Plaintiff filed a Second Amended Complaint on April 18, 2025 (the "SAC");

WHEREAS, the Court's March 28, 2025, Order permitted Defendant, The Lovesac Company ("Lovesac" or "Defendant"), 21 days (until May 9, 2021) to respond to Plaintiffs' SAC. Dkt. 31 at 16.

WHEREAS, counsel for Plaintiff and Defendant met and conferred and mutually agreed to an extension of Lovesac's time to respond to Plaintiff's SAC, until June 2, 2024, and an extension of the schedule for Plaintiff's filing of any opposition to Defendant's motion to dismiss the SAC and Defendant's filing of a reply to any opposition;

WHEREAS, the proposed schedule establishes a briefing schedule to accommodate counsel's respective schedules in light of conflicts and to accommodate a planned personal leave on the part of one of Lovesac's counsel of record;

WHEREAS, the proposed extension will not modify any deadlines set by the court, except Lovesac's responsive pleading deadline set at Dkt. 31.

WHEREAS, this is the Parties' first request for an extension of deadlines related to the SAC.

NOW, THEREFORE, the Parties hereby STIPULATE and AGREE, subject to this Court's approval, that:

(1) Defendant shall have until June 2, 2024, to answer, move against, or otherwise respond to the SAC;

(2) In the event that Defendant moves to dismiss the SAC, Plaintiff shall have until July 2, 2024, to file any opposition to the motion to dismiss the SAC; and

(3) In the event that Defendant moves to dismiss the SAC and Plaintiff opposes the motion, Lovesac shall have until July 23, 2025, to file a reply in support of its motion.

DATED: April 21, 2025

Respectfully submitted,

*/s/ Robyn E. Bladow*
Robyn E. Bladow (SBN 205189)
robyn.bladow@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

David A. Klein (SBN 273925)
david.klein@kirkland.com
Savannah Jensen (SBN 335700)
savannah.jensen@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant*
THE LOVESAC COMPANY

DATED: April 21, 2025

*/s/ Neal J. Deckant* (as authorized on 4/21/2025)

Neal J. Deckant (SBN 322946)
ndeckant@bursor.com
BURSOR & FISHER
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455

*Attorney for Plaintiff*
MICHAEL NGUYEN

---

2
STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE

# ORDER

Having reviewed the parties' stipulation, the Court hereby orders that:

(1) Defendant shall have until June 2, 2024, to answer, move against, or otherwise respond to the SAC;

(2) In the event that Defendant moves to dismiss the SAC, Plaintiff shall have until July 2, 2024, to file any opposition to the motion to dismiss the SAC; and

(3) In the event that Defendant moves to dismiss the SAC and Plaintiff opposes the motion, Lovesac shall have until July 23, 2025, to file a reply in support of its motion.

**IT IS SO ORDERED**.

Dated: April 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE